Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-3576

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Shop3036010 Store | 2 | 012 patch Store |
| 3 | AFBAGME Trendy bags Store | 4 | AIA Sportswear Store Store |
| 5 | Aidema tribe Store | 6 | Anime cartoons Store |
| 7 | Awesomelo Store | 8 | aybycy direct Store |
| 9 | BaBt010 Store | 10 | Basketball Sneakers Store |
| 11 | Beautiful 008 Store | 12 | beiletong Store |
| 13 | BFCasualF Store | 14 | bianyilong Store |
| 15 | BKMY Store | 16 | boussac specialty Store |
| 17 | Bufeipai sportsgoots Store | 18 | Canuomen Jewelrys Store |
| 19 | Catch. U. Store | 20 | chang168168 Store |
| 21 | Cheng Yu Sneakers Store | 22 | Chinatown Dropshipping Store |
| 23 | Cosy Step Store | 24 | CREDRIZK Sneakers Boutique Store |
| 25 | CW Shun princes Store | 26 | Damon Store |
| 27 | datong1888 Store | 28 | Dengxia Store |
| 29 | diaoyong xiushui Store | 30 | DIY-T-shirts Store |
| 31 | DLIXZI E-KU Store | 32 | DLP-6 Store |
| 33 | dudeli Store | 34 | EU Sportwear Store |
| 35 | EURUS Store | 36 | EVOCUST 2100 Store |
| 37 | Exploding money for men and women Store | 38 | Exquisite hut Store |
| 39 | Exquisite store Store | 40 | fei long Store |
| 41 | FGHGF YF Store | 42 | Four seasons men's Store |
| 43 | fourTee Store | 44 | Gentlemanboss Store |
| 45 | GGM03 Store | 46 | GHH Store |
| 47 | GHH07 Store | 48 | GHH15 Store |
| 49 | Glodclaw Store | 50 | Go further Store |
| 51 | Good Funny Tshirt Store | 52 | Good Genes Store |
| 53 | Good Goods Outdoor Store | 54 | Good Men 100% Store |
| 55 | GOOD OUTDOOR FACTORY Store | 56 | GOODSPORTS Store |
| 57 | Guangzhou hat factory | 58 | H2-Original Store |
| 59 | hemmyi HI Store | 60 | Hemmyi Store |
| 61 | HIHANG Store | 62 | HL-Designer Store |
| 63 | Hotop Shirt Store | 64 | HYsport Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | jian kun 888 Store | 66 | jide03 Store |
| 67 | KLShoes Store | 68 | 1981 Store |
| 69 | Aliexpress Sneakers Store | 70 | am367 Store |
| 71 | AngelaGoodMood Store | 72 | Ardian store |
| 73 | BaBt011 Store | 74 | caihua001 Store |
| 75 | Challenge85 Store | 76 | ChicBeck Store |
| 77 | Clearluv happiness town Store | 78 | Cuteeword Official Store |
| 79 | DeepBreath Store | 80 | DI Jewel Store |
| 81 | DREAMS MAKER Store | 82 | Dudutoy Store |
| 83 | EBM-Net | 84 | FANCIHAWAY Store |
| 85 | FAYFA Store | 86 | feiyitu Official Store |
| 87 | FLYJ Car Boutique Store | 88 | GHH06 Store |
| 89 | Golden Sapling Online Store | 90 | Hemmyi Boutique Store |
| 91 | hotsport Store | 92 | HuanChi Store |
| 93 | ifrich Official Store | 94 | instantarts footwear Store |
| 95 | jazzposture+001 Store | 96 | JINWANG Store |
| 97 | Jiu Sheng Toy Store | 98 | JNNGRIOR Store |
| 99 | jorson Store | 100 | Keanu Store |
| 101 | KEEP CAMPAIGN Store | 102 | KESROMAN Store |
| 103 | KIDFROMLBT Outdoor Store | 104 | KidsNike Store |
| 105 | KISSYOULOVE Store | 106 | KJEDGB-8 Store |
| 107 | Legoedblock Store | 108 | Lewo Swimsuit Store |
| 109 | liang liang Store | 110 | Little light shoe Store |
| 111 | Liyaa Store | 112 | Loecktty Official Store |
| 113 | Loekeah Online Store | 114 | Lu Feng Store |
| 115 | LUCKHEART Store | 116 | Luckys08 Store |
| 117 | LuxuryGoods Store | 118 | MAO ZI LI Store |
| 119 | Marry Trend Store | 120 | mawey Store |
| 121 | MDNEN Store | 122 | Met Boutique Store |
| 123 | Miniko Store | 124 | MOKMORSM NO:555 Store |
| 125 | Mr Wong Factory Store | 126 | Mr. Ding, shoe store Store |
| 127 | Mring Store | 128 | M-Sports Store |
| 129 | Mycool Store | 130 | MY-LOVE Store |
| 131 | Nice-Brand Store | 132 | niceflag Store |
| 133 | No.1shoe Store | 134 | Nobel life Store |
| 135 | OCQBI FOOTWARE Store | 136 | OriginalBasketball Store |
| 137 | Orlog Official Store | 138 | ORVAB Store |
| 139 | Oulan Footwear Store | 140 | OuLan Shoe Store |
| 141 | Outlets Factory Sneakers Store | 142 | P O P Store |
| 143 | PADEGAO sneakers Store | 144 | PADEGAO Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 145 | Patrikou Store | 146 | Pedicure Store |
| 147 | Phone accessories factory 10 Store | 148 | Phone_cases Store |
| 149 | physical education the first Store | 150 | PinkVelvet Store |
| 151 | PINSENKIDS Store | 152 | Playbear Store |
| 153 | POHENGNGO SportShoes Store | 154 | POMMAX Store |
| 155 | PUAMSS GSPORTS Store | 156 | pulue Official Store |
| 157 | Pursuit of Happiness shop Store | 158 | Qrxiaer Company Store |
| 159 | QZHSMY Men's Shoe Store | 160 | Rocky_201701 Store |
| 161 | runners Store | 162 | Saleing well Store |
| 163 | Satisfied with purchase | 164 | SEVENZAI Factory Store |
| 165 | shen ma Store | 166 | Shop1708559 Store |
| 167 | Shop4418136 Store | 168 | Shop5037171 Store |
| 169 | Shop5104062 Store | 170 | Shop5127086 Store |
| 171 | Shop5373157 Store | 172 | Shop5379219 Store |
| 173 | Shop5407001 Store | 174 | Shop5421229 Store |
| 175 | Shop5422254 Store | 176 | Shop5425309 Store |
| 177 | Shop5429103 Store | 178 | Shop5431039 Store |
| 179 | Shop5439249 Store | 180 | Shop5441180 Store |
| 181 | Shop5481226 Store | 182 | Shop5485153 Store |
| 183 | Shop5487213 Store | 184 | Shop5491192 Store |
| 185 | Shop5497015 Store | 186 | Shop5509027 Store |
| 187 | Shop5522094 Store | 188 | Shop5568108 Store |
| 189 | Shop5577042 Store | 190 | Shop5585105 Store |
| 191 | Shop5585242 Store | 192 | Shop5587150 Store |
| 193 | Shop5589379 Store | 194 | Shop5592046 Store |
| 195 | Shop5593024 Store | 196 | Shop5594140 Store |
| 197 | Shop5594245 Store | 198 | Shop5597182 Store |
| 199 | Shop5598024 Store | 200 | Shop5601028 Store |
| 201 | Shop5637060 Store | 202 | skinsticker Store |
| 203 | Sporty kiwi | 204 | TNT02 Store |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/3036010 | 2 | aliexpress.com/store/3139028 |
| 3 | aliexpress.com/store/5596167 | 4 | aliexpress.com/store/5429106 |
| 5 | aliexpress.com/store/4649126 | 6 | aliexpress.com/store/5591054 |
| 7 | aliexpress.com/store/5240100 | 8 | aliexpress.com/store/5216037 |
| 9 | aliexpress.com/store/5591035 | 10 | aliexpress.com/store/5596433 |
| 11 | aliexpress.com/store/5304001 | 12 | aliexpress.com/store/5073449 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 13 | aliexpress.com/store/5408074 | 14 | aliexpress.com/store/4835006 |
| 15 | aliexpress.com/store/4866142 | 16 | aliexpress.com/store/5440222 |
| 17 | aliexpress.com/store/5143035 | 18 | aliexpress.com/store/3208063 |
| 19 | aliexpress.com/store/3086079 | 20 | aliexpress.com/store/5083347 |
| 21 | aliexpress.com/store/5070158 | 22 | aliexpress.com/store/5578069 |
| 23 | aliexpress.com/store/4449028 | 24 | aliexpress.com/store/5442098 |
| 25 | aliexpress.com/store/5434023 | 26 | aliexpress.com/store/3912009 |
| 27 | aliexpress.com/store/5039323 | 28 | aliexpress.com/store/5381287 |
| 29 | aliexpress.com/store/4428045 | 30 | aliexpress.com/store/5426080 |
| 31 | aliexpress.com/store/1988456 | 32 | aliexpress.com/store/5588085 |
| 33 | aliexpress.com/store/3209105 | 34 | aliexpress.com/store/1684457 |
| 35 | aliexpress.com/store/5426280 | 36 | aliexpress.com/store/1460275 |
| 37 | aliexpress.com/store/5439168 | 38 | aliexpress.com/store/5597297 |
| 39 | aliexpress.com/store/2411067 | 40 | aliexpress.com/store/5083439 |
| 41 | aliexpress.com/store/5253194 | 42 | aliexpress.com/store/5018046 |
| 43 | aliexpress.com/store/5432078 | 44 | aliexpress.com/store/5020211 |
| 45 | aliexpress.com/store/5604141 | 46 | aliexpress.com/store/5594278 |
| 47 | aliexpress.com/store/5593283 | 48 | aliexpress.com/store/5591251 |
| 49 | aliexpress.com/store/5372176 | 50 | aliexpress.com/store/4430175 |
| 51 | aliexpress.com/store/4647096 | 52 | aliexpress.com/store/5037192 |
| 53 | aliexpress.com/store/5151002 | 54 | aliexpress.com/store/3907050 |
| 55 | aliexpress.com/store/5601235 | 56 | aliexpress.com/store/4623037 |
| 57 | aliexpress.com/store/1971423 | 58 | aliexpress.com/store/5586228 |
| 59 | aliexpress.com/store/2918097 | 60 | aliexpress.com/store/2967005 |
| 61 | aliexpress.com/store/5573127 | 62 | aliexpress.com/store/4778034 |
| 63 | aliexpress.com/store/3570024 | 64 | aliexpress.com/store/5250216 |
| 65 | aliexpress.com/store/4499140 | 66 | aliexpress.com/store/3218120 |
| 67 | aliexpress.com/store/5477138 | 68 | aliexpress.com/store/3389019 |
| 69 | aliexpress.com/store/5059125 | 70 | aliexpress.com/store/3607014 |
| 71 | aliexpress.com/store/5606063 | 72 | aliexpress.com/store/2220077 |
| 73 | aliexpress.com/store/5607062 | 74 | aliexpress.com/store/4302043 |
| 75 | aliexpress.com/store/5114077 | 76 | aliexpress.com/store/3616133 |
| 77 | aliexpress.com/store/5370064 | 78 | aliexpress.com/store/2541006 |
| 79 | aliexpress.com/store/3042008 | 80 | aliexpress.com/store/5605080 |
| 81 | aliexpress.com/store/2792197 | 82 | aliexpress.com/store/2818004 |
| 83 | aliexpress.com/store/1148352 | 84 | aliexpress.com/store/5380321 |
| 85 | aliexpress.com/store/5106093 | 86 | aliexpress.com/store/2670149 |
| 87 | aliexpress.com/store/4411096 | 88 | aliexpress.com/store/5605361 |
| 89 | aliexpress.com/store/3447002 | 90 | aliexpress.com/store/3653008 |
| 91 | aliexpress.com/store/1833316 | 92 | aliexpress.com/store/4708021 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 93 | aliexpress.com/store/1955147 | 94 | aliexpress.com/store/3655009 |
| 95 | aliexpress.com/store/4847032 | 96 | aliexpress.com/store/1305062 |
| 97 | aliexpress.com/store/5397033 | 98 | aliexpress.com/store/3627080 |
| 99 | aliexpress.com/store/5008418 | 100 | aliexpress.com/store/5084077 |
| 101 | aliexpress.com/store/5044338 | 102 | aliexpress.com/store/5075190 |
| 103 | aliexpress.com/store/5065010 | 104 | aliexpress.com/store/4565021 |
| 105 | aliexpress.com/store/5081317 | 106 | aliexpress.com/store/5089087 |
| 107 | aliexpress.com/store/2984022 | 108 | aliexpress.com/store/5005446 |
| 109 | aliexpress.com/store/4984014 | 110 | aliexpress.com/store/5428070 |
| 111 | aliexpress.com/store/5596325 | 112 | aliexpress.com/store/2218117 |
| 113 | aliexpress.com/store/3887047 | 114 | aliexpress.com/store/5375034 |
| 115 | aliexpress.com/store/4824016 | 116 | aliexpress.com/store/5513032 |
| 117 | aliexpress.com/store/320886 | 118 | aliexpress.com/store/5476205 |
| 119 | aliexpress.com/store/5071093 | 120 | aliexpress.com/store/5066369 |
| 121 | aliexpress.com/store/3644005 | 122 | aliexpress.com/store/5051097 |
| 123 | aliexpress.com/store/5018097 | 124 | aliexpress.com/store/3860080 |
| 125 | aliexpress.com/store/5276033 | 126 | aliexpress.com/store/4994198 |
| 127 | aliexpress.com/store/836199 | 128 | aliexpress.com/store/5361326 |
| 129 | aliexpress.com/store/5512052 | 130 | aliexpress.com/store/4504100 |
| 131 | aliexpress.com/store/5433058 | 132 | aliexpress.com/store/3248057 |
| 133 | aliexpress.com/store/4931043 | 134 | aliexpress.com/store/4698109 |
| 135 | aliexpress.com/store/4419061 | 136 | aliexpress.com/store/4999040 |
| 137 | aliexpress.com/store/4539030 | 138 | aliexpress.com/store/4717042 |
| 139 | aliexpress.com/store/4427088 | 140 | aliexpress.com/store/3043051 |
| 141 | aliexpress.com/store/5157042 | 142 | aliexpress.com/store/3241015 |
| 143 | aliexpress.com/store/5441211 | 144 | aliexpress.com/store/427870 |
| 145 | aliexpress.com/store/5579141 | 146 | aliexpress.com/store/5144059 |
| 147 | aliexpress.com/store/5526030 | 148 | aliexpress.com/store/5381009 |
| 149 | aliexpress.com/store/1524483 | 150 | aliexpress.com/store/4409118 |
| 151 | aliexpress.com/store/3646005 | 152 | aliexpress.com/store/4990381 |
| 153 | aliexpress.com/store/5375106 | 154 | aliexpress.com/store/4996157 |
| 155 | aliexpress.com/store/4272015 | 156 | aliexpress.com/store/4921018 |
| 157 | aliexpress.com/store/4788027 | 158 | aliexpress.com/store/5024110 |
| 159 | aliexpress.com/store/5119161 | 160 | aliexpress.com/store/2946112 |
| 161 | aliexpress.com/store/5369055 | 162 | aliexpress.com/store/5590123 |
| 163 | aliexpress.com/store/1194734 | 164 | aliexpress.com/store/1943942 |
| 165 | aliexpress.com/store/5050301 | 166 | aliexpress.com/store/1708559 |
| 167 | aliexpress.com/store/4418136 | 168 | aliexpress.com/store/5037171 |
| 169 | aliexpress.com/store/5104062 | 170 | aliexpress.com/store/5127086 |
| 171 | aliexpress.com/store/5373157 | 172 | aliexpress.com/store/5379219 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 173 | aliexpress.com/store/5407001 | 174 | aliexpress.com/store/5421229 |
| 175 | aliexpress.com/store/5422254 | 176 | aliexpress.com/store/5425309 |
| 177 | aliexpress.com/store/5429103 | 178 | aliexpress.com/store/5431039 |
| 179 | aliexpress.com/store/5439249 | 180 | aliexpress.com/store/5441180 |
| 181 | aliexpress.com/store/5481226 | 182 | aliexpress.com/store/5485153 |
| 183 | aliexpress.com/store/5487213 | 184 | aliexpress.com/store/5491192 |
| 185 | aliexpress.com/store/5497015 | 186 | aliexpress.com/store/5509027 |
| 187 | aliexpress.com/store/5522094 | 188 | aliexpress.com/store/5568108 |
| 189 | aliexpress.com/store/5577042 | 190 | aliexpress.com/store/5585105 |
| 191 | aliexpress.com/store/5585242 | 192 | aliexpress.com/store/5587150 |
| 193 | aliexpress.com/store/5589379 | 194 | aliexpress.com/store/5592046 |
| 195 | aliexpress.com/store/5593024 | 196 | aliexpress.com/store/5594140 |
| 197 | aliexpress.com/store/5594245 | 198 | aliexpress.com/store/5597182 |
| 199 | aliexpress.com/store/5598024 | 200 | aliexpress.com/store/5601028 |
| 201 | aliexpress.com/store/5637060 | 202 | aliexpress.com/store/2376004 |
| 203 | aliexpress.com/store/2033051 | 204 | aliexpress.com/store/5585394 |